UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 25-06204 RAO                                         Date: July 18, 2025
Title: Alison Helen Fairchild v. Lindsey Patrice Horvath et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**  (In Chambers) **ORDER TO SHOW CAUSE RE: PRE-FILING REQUIREMENT**

Plaintiff Alison Helen Fairchild ("Plaintiff"), through counsel, initiated this action on July 9, 2025.  Dkt. No. 1.  On July 15, 2025, a Notice of Deficiencies was entered regarding Plaintiff's request to issue summons.  Dkt. No. 5.  On July 16, 2025, another request to issue summons was filed.  Dkt. No. 8.  On July 18, 2025, another Notice of Deficiences was entered.  Dkt. No. 9.  Also on July 18, 2025, Plaintiff emailed the undersigned's chambers, the ECF Helpdesk, and this district's Clerk of Court, requesting that summons be issued.  The email did not come from Plaintiff's counsel, did not copy Plaintiff's counsel, and was signed by Plaintiff herself.

Because Plaintiff is represented by counsel in this matter, all communications with the Court should be made through counsel.  Moreover, requests should be made through filings and not through ex parte communications.

Additionally, Plaintiff appears to be subject to a vexatious litigant order, which includes pre-filing requirements.  *See Arogant Hollywood et al. v. Carrows California Family Restaurants, Inc. et al.*, 2:18-cv-02098-JGB-GJS, Dkt. Nos. 81, 82.  The vexatious litigation order requires that any pleading submitted by Plaintiff for the purpose of initiating a new civil action in this District is presumptively barred from filing unless Plaintiff concurrently submits with such pleading a copy of the vexatious litigant order and a motion seeking leave to commence a new civil action, and a District Judge or Magistrate Judge of this Court thereafter grants such leave and directs that the pleading be filed and the new civil case be initiated.  *Id.*, Dkt. No. 82.  It does not appear that the Complaint in this action was accompanied with a copy of the vexatious litigant order or a motion seeking leave to commence a new civil action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  CV 25-06204 RAO                                      Date:  July 18, 2025
Title:       Alison Helen Fairchild v. Lindsey Patrice Horvath et al.

Therefore, the Court issues an Order to Show Cause as to why the pre-filing requirement of the vexatious litigant order should not apply to this action.  Plaintiff's response, which must be filed on the docket through counsel, is due by **July 25, 2025**.

**IT IS SO ORDERED.**

                                                                                            :
                                                         Initials of Preparer      er